UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In Re: ) | |
|    Richard Brown Mitchell, Jr. ) | Case No. 10-38146-DOT |
|    a.k.a. R. B. Mitchell ) | Chapter 13 |
|       Debtor. ) | |
| ) | |
| John J. McAvoy ) | |
| Tiffany S. McAvoy ) | |
|       Plaintiffs ) | |
| v. ) | |
| ) | |
| Richard Brown Mitchell, Jr. ) | |
| Robert E. Hyman, Trustee ) | |
|       Defendants ) | |

## NOTICE OF MOTION FOR RELIEF FROM STAY OR FOR ADEQUATE PROTECTION

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have any attorney, you may with to consult one.

If you do not wish the Court to grant the relief sough in the Motion, or if you want the Court to consider your views on the Motion, then within fourteen (14) days from the date of service of this Motion, you must file a written response explaining your position with the Court and serve a copy on the Movants. Unless a written response is filed and served within this fourteen (14) day period, the Court may deem opposition waived, treat the Motion as conceded, and issue an Order granting the requested relief without further notice or hearing.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the fourteen (14) days period.

**Attend the preliminary hearing scheduled to be held on the 12th of January, 2011 at 11:00 A.M. in the U. S. Bankruptcy Court, Richmond Division, U. S. Courthouse, 701 East Broad Street, Richmond, Virginia 23219, Courtroom 5100.**

## Certificate of Service

I hereby certify that a true copy of the foregoing Notice was served by regular mail or electronically by email or ECF on this 7th day of December, 2010, on all necessary parties.

*/s/ Harry Shaia, Jr.*
Harry Shaia, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Telephone (804) 747-0920
Facsimile (804) 270-7268

Daniel M. Dellinger
Margaret A. Dellinger
417 Park Street S.E.
Vienna, VA 22180

Essex Bank
PO Box 965
Tappahannock, VA 22560-0965

John J. McAvoy
Tiffany S. McAvoy
387 Harbor Dr
Reedville, VA 22539-3608

Travis T. Williamson
Cecelilia J. Williamson
118 Hickory Lane
Reedville, VA 22539

John C. Hodges, Esq.
Thomas M. Hendell, Esq.
DUNTON, SIMMONS & DUNTON, L.L.P.
PO Box 5
678 Rappahannock Drive
White Stone, VA 22578

Robert E. Hyman, Esq.
P.O. Box 1780
Richmond, VA 23218-1780

James S. Sease, Esq.
Bank of America Bldg, Suite 200
PO Box 715
Mathews, VA 23109

Richard Brown Mitchell, Jr
387 Harbor Dr
Reedville, VA 22539-3608