# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

RE: Richard Brown Mitchell Jr                  Case No. 10-38146

## DIRECTIVE FOR VOLUNTARY PAYMENTS BY DEBTOR

The debtors having filed a petition under Chapter 13, title 11 U.S.C. or converted this case from Chapter 7;

IT IS DIRECTED;

That commencing immediately and continuing on the **28th day** of each and every month thereafter until further Directive from the Trustee, the debtor(s) shall pay to ROBERT E. HYMAN, TRUSTEE, P.O.BOX 983, Memphis Tennessee 38101-0983, the sum of **$1000.00** per month.

THIS DIRECTIVE IS ENTERED PURSUANT TO GENERAL ORDER NO. 04-1 OF THE UNITED STATES BANKRUPTCY COURT.

Dated: January 18, 2011

                                          **/S/Robert E. Hyman**
                                          Robert E. Hyman, Trustee
                                          Eastern District of Virginia, Richmond Division

The Trustee does hereby certify that a copy of this Directive was mailed to the debtor(s) on the date above written.

                                          **/S/Robert E. Hyman**
                                          Robert E. Hyman, Trustee