UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: RICHARD BROWN MITCHELL, JR. )
                                                                    )     **Case No. 10-38146-DOT**
                                                                    )            **Chapter 13**
              **Debtor.**                   )

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Federal Rule of Bankruptcy 9010(b), the undersigned hereby appears in the above-captioned matter as counsel for Essex Bank, a creditor and party-in-interest in the above-captioned matter.

The undersigned counsel hereby requests, pursuant to Federal Rule of Bankruptcy 2002(g), that all notices given in these proceedings and all papers served or filed in these proceedings be served upon the following:

        David G. Browne
        Meyer, Goergen & Marrs, P.C.
        1802 Bayberry Court, Suite 200
        Richmond, VA 23226
        Telephone:    (804) 288-3600
        Facsimile:     (804) 565-1233
        E-mail:         browne@mgm-law.com

Respectfully submitted,

      /s/ David G. Browne
David G. Browne (VSB# 65306)
Meyer, Goergen & Marrs, P.C.
1802 Bayberry Court, Suite 200
Richmond, VA 23226
Telephone:   (804) 288-3600
Facsimile:   (804) 565-1233
E-mail:   browne@mgm-law.com
*Counsel for Essex Bank*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of February, 2011, a true and accurate copy of the foregoing Notice of Appearance and Request for Service of Papers was filed via the ECF system and served thereby on all parties receiving notice via the ECF system.

                                      /s/ David G. Browne