UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
|     Richard Brown Mitchell, Jr. | ) | Case No. 10-38146-DOT |
|     a.k.a. R. B. Mitchell | ) | Chapter 13 |
|         Debtor. | ) | |
| | ) | |
| John J. McAvoy | ) | |
| Tiffany S. McAvoy | ) | |
|         Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| Richard Brown Mitchell, Jr. | ) | |
| Robert E. Hyman, Trustee | ) | |
|         Defendants | ) | |

## NOTICE OF AMENDED MOTION FOR RELIEF FROM STAY OR FOR ADEQUATE PROTECTION

**PLEASE TAKE NOTICE THAT** John and Tiffany McAvoy have filed papers with the Court to request relief from the automatic stay.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have any attorney, you may wish to consult one.**

If you do not wish the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then:

- within fourteen (14) days from the date of service of this Motion, you must file a written response explaining your position with the Court **AND** serve a copy on counsel for the Movants. Unless a written response is filed and served within this fourteen (14) day period, the Court may deem opposition waived, treat the Motion as conceded, and issue an Order granting the requested relief without further notice or hearing.

  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the fourteen (14) day period.

Harry Shaia, Jr. (VSB No. 5897)
W. Scott Dillard II (VSB No. 80300)
SPINELLA, OWINGS & SHAIA, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704
Telephone (804) 747-0920
Facsimile (804) 270-7268

- **Attend the preliminary hearing scheduled to be held on <u>July 6, 2011 at 11:00 A.M</u>. in the U. S. Bankruptcy Court, Richmond Division, U. S. Courthouse, 701 East Broad Street, Richmond, Virginia 23219, Courtroom 5100.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose this objection and may enter an Order granting the Motion.


DATE: June 8, 2011      By: /s/ W. Scott Dillard II
                Of Counsel

Harry Shaia, Jr., Esq.
W. Scott Dillard II, Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Telephone (804) 747-0920
Facsimile (804) 270-7268


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served by regular mail or electronically by email or ECF on this 8th day of June, 2011, on all necessary parties, as listed below.


              /s/ W. Scott Dillard II


Robert E. Hyman, Esq.
P.O. Box 1780
Richmond, VA 23218-1780

James S. Sease, Esq.
Bank of America Bldg, Suite 200
PO Box 715
Mathews, VA 23109

Richard Brown Mitchell, Jr
387 Harbor Dr
Reedville, VA 22539-3608