UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

Richard Brown Mitchell,                  Case No.: 10-38146

                    Debtor.

                                                        Chapter 7

CERTIFICATE OF NO NEW DEBT PURSUANT TO LOCAL RULE 1017-1(A)
AND ACCURACY OF SCHEDULES PURSUANT TO RULE 1019(5)

      I hereby certify that I have incurred no additional debt since the filing of the original Chapter 13 petition, other than as may be noted on any amended schedules of liability attached hereto.

      I further certify that any schedules already filed (along with any amendments which may be attached) accurately reflect my financial affairs as of the date this case was converted.

Dated: 6/20/2011                                         _/s/ Richard B. Mitchell_
                                                                      Richard Brown Mitchell

James S. Sease, Esq.
VSB# 19220
Bank of America Building
P.O. 715
Mathews, Virginia 23109
(804) 725-4700
(fax) 725-4704